UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-23920-CIV-MARTINEZ-BECERRA

REGIONS BANK,

    Plaintiff,

v.

MI PULPE, LLC and MARCO ANTONIO VILLAR MONDRAGON a/k/a MARCO ANTONIO VILLAR,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Plaintiff Regions Bank's Motion for Entry of Final Default Judgment (the "Motion"), (ECF No. 15). (ECF No. 21.) Judge Becerra filed a Report and Recommendation recommending that: (1) the Motion be granted in part and denied in part; (2) Plaintiff be granted final default judgment as to Counts I–III of the Complaint; (3) Plaintiff be awarded $5,090,387.82 in damages against Defendants Mi Pulpe, LLC and Marco Antonio Villar Mondragon a/k/a Marco Antonio Villar, jointly and severally; (4) Plaintiff's request for attorneys' fees and costs be denied without prejudice; and (5) this Court retain jurisdiction to determine whether and to what extent Plaintiff is entitled to recover reasonable attorneys' fees and costs from Defendant. (ECF No. 26 at 19.) This Court has reviewed the record and notes that no objections have been filed, and the time to do so has passed. (*See id.* at 20.)

Accordingly, after careful consideration, it is **ADJUDGED** that Judge Becerra's Report and Recommendation, (ECF No. 26), is **AFFIRMED** and **ADOPTED**.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1.    The Motion, (ECF No. 15), is **GRANTED IN PART** and **DENIED IN PART** as set forth in the Report and Recommendation.

2. Plaintiff shall be awarded **$5,090,387.82** in damages against Defendants, who are jointly and severally liable to Plaintiff, as set forth in the Report and Recommendation. Final default judgment will be entered by separate order.

3. Plaintiff's request for attorneys' fees and costs is **DENIED WITHOUT PREJUDICE**. This Court reserves jurisdiction to determine whether and to what extent Plaintiff is entitled to recover from Defendant the reasonable attorneys' fees and costs incurred in prosecuting this case.

4. **On or before Monday, September 17, 2023**, Plaintiff **SHALL** file a motion for reasonable attorneys' fees and costs with a supporting memorandum of law as set forth in the Report and Recommendation.

5. Plaintiff shall immediately send a copy of this Order to Defendants and file a certificate of service on the record.

6. This case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18 day of August, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record